DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

CYNTHIA M. HYNES, BRYAN E. HYNES, and BRODY J. HYNES,

Appellants,

v.

RONALD W. SMITH, JR.,

Appellee.

No. 2D2025-0584

—————————————————

November 12, 2025

Appeal from the Circuit Court for Hillsborough County; Jennifer X. Gabbard, Judge.

Warren B. Kwavnick of The Law Office of Warren B. Kwavnick, PLLC, Pembroke Pines, for Appellants.

Jessie L. Harrell of The Harrell Firm, Jacksonville, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, KHOUZAM, and SMITH, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.